IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TIMMY R. GREEN                                                          PLAINTIFF

v.                          NO. 3:20-cv-00322 PSH

KILOLO KIJAKAZI, Acting Commissioner                  DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 12th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE